*Thursday, September 28, 2000*

## MOTION DOCKET

**00–301. State ex rel. Plain Dealer Publishing Co. v. Cuyahoga Cty. Court of Common Pleas.** In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of respondent's motion for leave to file supplemental evidence,

IT IS ORDERED by the court, effective September 26, 2000, that the motion for leave to file supplemental evidence be, and hereby is, granted.

MOYER, C.J., DOUGLAS and F.E. SWEENEY, JJ., dissent.

**00–660. USX Corp. v. Penn Cent. Corp.** Cuyahoga App. No. 74755. On August 24, 2000, appellants filed a memorandum opposing motion to dismiss and a motion to strike motion to dismiss with the names of several attorneys listed as counsel. One of the attorneys, David Alan Lynch, is admitted to practice in Ohio and currently registered in inactive status. Whereas David Alan Lynch is not registered active as required by S.Ct.Prac.R. I(1),

IT IS ORDERED by the court, *sua sponte,* that the name of David Alan Lynch be, and hereby is, stricken from appellants' memorandum opposing motion to dismiss and appellants' motion to strike motion to dismiss, and he shall not be permitted to appear in this case.